IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08CV2756-RPM-MJW

LORIE CHRISTINE MCKOWN,

       Plaintiff,

   vs.

DAVID COPE, VAIL SUMMIT RESORTS INC. d/b/a  KEYSTONE SKI RESORT

       Defendants.

_____

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND
SCHEDULING ORDER**
_____


Upon consideration of Plaintiff's Unopposed Motion to Amend Scheduling Order [15], it is

ORDERED, that Plaintiff shall have up to and including September 1, 2009 to file expert witness disclosures and

IT IS FURTHER ORDERED, that Defendants shall have up to and including October 3, 2009 to file expert witness disclosures.

DONE THIS 9th day of June, 2009.

                         BY THE COURT:

                         s/Richard P. Matsch

                         _____

                         Richard P. Matsch, Senior District Judge