IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-02756-RPM

LORIE CHRISTINE MCKOWN,

    Plaintiffs,

v.

DAVID COPE,
VAIL SUMMIT RESORTS INC., d/b/a
KEYSTONE SKI RESORT,

    Defendants.

---

ORDER REMOVING CASE FROM CALENDAR CALL

---

Pursuant to the order modifying the Scheduling Order entered by this Court today, it is

ORDERED that this case is removed from the October 2, 2009, Calendar Call.

Dated:  September 2nd, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge