IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

*On Calendar Call*

Civil Action No. 08CV2756-RPM-MJW

LORIE CHRISTINE MCKOWN,

    Plaintiff,

vs.

DAVID COPE, VAIL SUMMIT RESORTS INC. d/b/a KEYSTONE SKI RESORT

    Defendants.

---

### ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER

---

THIS MATTER having come before the Court on the Stipulated Motion to Modify Scheduling Order, and the Court having reviewed the Motion and finding good cause, hereby grants the requested extension.

IT IS ORDERED, that Plaintiff shall have up to and including December 15, 2009 to file expert witness disclosures and

IT IS FURTHER ORDERED, that Defendants shall have up to and including January 15, 2010 to file expert witness disclosures; and

IT IS FURTHER ORDERED, that parties shall have up to and including March 1, 2010 for their discovery cut-off deadline.

DONE THIS 2nd day of September, 2009.

BY THE COURT:

_____
Richard P. Matsch, Senior Judge