IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02756-RPM

LORIE CHRISTINE MCKOWN,

    Plaintiffs,

v.

DAVID COPE,
VAIL SUMMIT RESORTS INC., d/b/a
KEYSTONE SKI RESORT,

    Defendants.

---

## ORDER SETTING TRIAL DATE

Pursuant to the calendar call today, it is

ORDERED that this matter is set for trial to jury on **October 4, 2010, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**. It is

FURTHER ORDERED that the proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m. on September 10, 2010.** Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated: April 16, 2010

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge