IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08CV2756-RPM-MJW

LORIE CHRISTINE MCKOWN,

    Plaintiff,

vs.

DAVID COPE, VAIL SUMMIT RESORTS INC. d/b/a KEYSTONE SKI RESORT

    Defendants.

_____

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**
_____

Upon review of the Plaintiff's Unopposed Motion to Amend Scheduling Order [40], it is

ORDERED, that Plaintiff shall have up to and including May 19, 2010 to file rebuttal expert witness disclosures.

DATED THIS 29th day of April, 2010.

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge