IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02756-RPM

LORIE CHRISTINE MCKOWN,

    Plaintiffs,

v.

DAVID COPE,
VAIL SUMMIT RESORTS INC., d/b/a
KEYSTONE SKI RESORT,

    Defendants.

---

## ORDER DENYING DEFENDANTS' MOTION TO COMPEL

On April 12, 2010, the defendants filed a motion designated Motion for an Order Compelling Plaintiff to Appear for a Vocational Rehabilitation Examination and Interview, Permitting the Defense's Vocational Rehabilitation Expert to Interview the Plaintiff's Treating Physicians, and Extending the Expert Disclosure Deadline [35]. The plaintiff responded on May 5, 2010. It is

ORDERED that the defendants' motion is denied.

Dated: May 7th, 2010

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior District Judge