IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08CV2756-RPM-MJW

LORIE CHRISTINE MCKOWN,

    Plaintiff,

vs.

DAVID COPE, VAIL SUMMIT RESORTS INC. d/b/a KEYSTONE SKI RESORT

    Defendants.

_____

**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**
_____

    Upon review of the Joint Motion to Amend Scheduling Order [44], it is

    ORDERED, that the motion is granted and the discovery cut-off is extended to and including September 3, 2010.

    DONE THIS 16th day of July, 2010.

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior District Judge