# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 08-cv-02756-RPM

LORIE CHRISTINE MCKOWN,

      Plaintiff,

v.

DAVID COPE, and
VAIL SUMMIT RESORTS, INC.,
d/b/a KEYSTONE SKI RESORTS,

      Defendants.

---

## STIPULATION AND ORDER REGARDING
## CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on

October 4th, 2010, counsel for the parties shall retain custody of their respective exhibits and

depositions until such time as all need for the exhibits and depositions has terminated and the time

to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this ___8___ day of October, 2010.

BY THE COURT:

_____
Richard P. Matsch, Judge
United States District Court

APPROVED AS TO FORM:

_____      _____
ATTORNEY FOR PLAINTIFF            ATTORNEY FOR DEFENDANTS