IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08CV2756-RPM-MJW

LORIE CHRISTINE MCKOWN,

    Plaintiff,

vs.

DAVID COPE,
VAIL SUMMIT RESORTS INC. d/b/a KEYSTONE SKI RESORT

    Defendants.

---

## ORDER FOR JUDGMENT
---

This action came for trial to a jury with Honorable Richard P. Matsch, Senior District Judge, presiding, and the issues having been duly tried, and a verdict having been duly rendered on October 8, 2010. This Court orders that the Plaintiff, Lorie Christine McKown, recover from the Defendants David Cope and Vail Summit Resorts, Inc., d/b/a Keystone Ski Resort the following amounts:

    $568,100.00 (jury verdict of $988,000 reduced for comparative fault of 42.5% is $568,100.00);

    pre-filing interest of $94,133.76;

    pre-judgment interest of $107,608.11 through October 8, 2010 (date of the verdict) plus $163.29 per diem – for every day from October 8, 2010, until judgment is entered.

The Court also awards post-judgment interest, the amount of which is still to be determined; and costs.

Plaintiff's Bill of Costs is due on October 22, 2010, and costs will be calculated and awarded in addition to the above amounts.

Dated at Denver, Colorado, this 21ST day of October, 2010.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge